**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL FRY,** | )<br>) |
| Plaintiff, | )  Case No. EDCV 09-1933 AJW<br>) |
| v. | )  **J U D G M E N T**<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

July 23, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge